UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SCHUSTER, JAMES D. | ) | Case No. 07-07096-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.     An order for relief under Chapter 13 was entered on April 19, 2007.  On July 31, 2007 the Debtor voluntarily converted this case to a proceeding under Chapter 7. On December 21, 2007, an order was entered approving the employment of Counsel for the Trustee.  Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2.     Applicant requests $2,096.50, in compensation for 5.40 hours of services performed for the period December 17, 2007 through present and reimbursement of actual expenses in the amount of $26.85.

3.  A description of the nature of the services rendered by the Applicant is as follows:

OBJECTION TO CLAIM

Trustee reviewed claims in this case and determined that the secured claim of the Debtor's mortgage lender needed to be addressed. Cohen & Krol prepared and presented Trustee application seeking a determination that the value of said secured claim was zero given that the Trustee did not liquidate the claimant's collateral.  Cohen & Krol expended 1.75 hours in the activity of Objection to Claim.

**EXHIBIT G**

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented Trustee's application to employ attorneys for the trustee. This was necessary to further the administration of this Estate. Cohen & Krol expended 1.45 hours in the activity of Professional Employment.

SALE OF ASSETS

Cohen & Krol prepared and presented Trustee's application to accept the Debtor's offer to purchase the Estate's right, title and interest in his homestead real estate. Cohen & Krol sent a one-page notice of the application to all creditors and obtained the order authorizing the sale. Cohen & Krol expended 2.20 hours in the activity of Sale of Assets.

4.    Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work perfor

5.    The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2007 | 2.70 | 375.00 | 1,012.50 |
| GINA B. KROL/GBK2008 | .95 | 395.00 | 375.25 |
| GINA B. KROL/GBK2011 | 1.75 | 405.00 | 708.75 |

6.    Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7.    Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,096.50 and reimbursement of actual and necessary expenses of $26.85 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: August 29, 2011
GINA B. KROL
105 West Madison St., Ste. 1100
Chicago, IL  60602-0000

**EXHIBIT G**