UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCHUSTER, JAMES D. § Case No. 07-07096 SQU
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         CLERK OF BANKRUPTCY COURT
         KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/07/2011 in Courtroom 4016,
         DuPage County Courthouse
         505 N. County Farm Rd.
         Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/07/2011           By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
SCHUSTER, JAMES D.  §   Case No. 07-07096 SQU
§
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 20,043.80 |
| and approved disbursements of | $ 66.21 |
| leaving a balance on hand of[1] | $ 19,977.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Internal Revenue Service | $ 42,030.40 | $ 42,030.40 | $ 0.00 | $ 15,097.86 |
| | Total to be paid to secured creditors | | | $ | 15,097.86 |
| | Remaining Balance | | | $ | 4,879.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,754.38 | $ 0.00 | $ 2,754.38 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,096.50 | $ 0.00 | $ 2,096.50 |
| Other: International Sureties Ltd. | $ 16.96 | $ 16.96 | $ 0.00 |
| Other: Cohen & Krol | $ 2.00 | $ 0.00 | $ 2.00 |
| Other: Cohen & Krol | $ 26.85 | $ 0.00 | $ 26.85 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,879.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

      Remaining Balance             $_____0.00

      Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 39,568.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ 7,478.21 | $ 0.00 | $ 0.00 |
| 000002 | US Bank Corp/Retail Payment Solutions | $ 13,598.57 | $ 0.00 | $ 0.00 |
| 000005 | US Bank/Retail Payment Solutions | $ 8,386.31 | $ 0.00 | $ 0.00 |
| 000007 | CHASE BANK USA | $ 10,105.36 | $ 0.00 | $ 0.00 |

      Total to be paid to timely general unsecured creditors     $_____0.00

      Remaining Balance             $_____0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/GINA B. KROL
                        Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                          Case No. 07-07096-JHS
   James D. Schuster                                            Chapter 7
              Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1           User: dpruitt                Page 1 of 1                   Date Rcvd: Sep 08, 2011
                               Form ID: pdf006              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2011.
  db           +James D. Schuster,    902 Willow,    Itasca, IL 60143-2852
  aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
  aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
  aty          +Jay M Reese,    Jay M. Reese Attorney at Law,    286 W Fullerton,    Addison, IL 60101-3783
  aty          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
  tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11897942       +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
11314043        Chase,   P.O. Box 15298,    Wilimington, DE 19850-5298
11314044       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
12008812        I R S United States Treasury Department,,    200 W. Adams Street,    Room 2300,
                 Chicago, IL 60606-5231
11413522      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA  19114)
11314046        Internal Revenue Service,    200 W. Adams St. #2300,    Chicago, IL 60606-5231
11314047       +Internal Revenue Service,    Attn: Deborah Joseph,    9430 Research Blvd  Stop 5250-AUNW,
                 Austin, TX 78759-6586
11314042       +Jay M Reese,    286 W Fullerton Avenue,    Addison, IL 60101-3783
11314048       +Michael D. Fine & Sarah A. Faulkner,    Chase Bank U.S.A., N.A.,
                 131 South Dearborn Street    Floor 5,    Chicago, IL 60603-5571
11314041       +Schuster James D,    902 Willow,    Itasca, IL 60143-2852
11314050        U.S. Bank Equity,    111 W. Devon Avenue,    Elk Grove Village, IL  60007
11314049      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   U S Bank,    P.O. Box 845,    Minneapolis, MN  55402)
11314051      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,    P.O. Box 845,    Minneapolis, MN  55402)
11338550       +US Bank Corp/Retail Payment Solutions,    PO BOX 5229,    Cincinnati, OHIO 45201-5229
11461368       +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11457534        E-mail/PDF: BNCEmails@blinellc.com Sep 09 2011 01:24:58      B-Real, LLC,   MS 550,   PO Box 91121,
                 Seattle, WA 981119221
11314045        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2011 01:25:01       Discover Bank,
                 Discover Financial Services,   P.O. Box 30395,    Salt Lake City, UT  84130
11327884       +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2011 01:25:01
                 Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2011**                **Signature:**       *Joseph Speetjens*