UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SCHUSTER, JAMES D. § Case No. 07-07096
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter   on   , and it was converted to chapter 7 on   . The case was pending for   months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____  By:/s/GINA B. KROL_____
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | US BANK/RETAIL PAYMENT SOLUTIONS |  |  |  |  |  |
| 000003 | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

UST Form 101-7-TDR (5/1/2011) *(Page: 3)*

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Card | | | | | |
| 000004 | B-REAL, LLC | | | | | |
| 000007 | CHASE BANK USA | | | | | |
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000002 | US BANK CORP/RETAIL PAYMENT SOLUTIO | | | | | |
| 000005 | US BANK/RETAIL PAYMENT SOLUTIONS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 07-07096    INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT    Desc Main    Page: 1
Doc 60 Filed 11/28/11 Entered 11/15/11 11:19:12
Document    ASSET CASES    Page 6 of 11

| Case No: | 07-07096 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SCHUSTER, JAMES D. | | | Date Filed (f) or Converted (c): | 07/31/07 (c) |
| | | | | 341(a) Meeting Date: | 08/28/07 |
| For Period Ending: | 11/02/11 | | | Claims Bar Date: | 04/11/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 330,000.00 | 30,014.00 | | 20,000.00 | FA |
| 2. Cash | 8.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 150.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Automobile | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. LAWSUIT | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 44.16 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $333,658.00 | $30,014.00 | $20,044.16 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR

Initial Projected Date of Final Report (TFR): 09/30/08    Current Projected Date of Final Report (TFR): 04/30/11

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

LFORM1    Ver: 16.04e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-07096 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | SCHUSTER, JAMES D. | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | | Account Number / CD #: | *******4545 BofA - Money Market Account | |
| Taxpayer ID No: | *******0703 | | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/23/08 | 1 | James Schuster<br>902 Willow<br>Itasca, IL 60143 | Equity in R/e | 1110-000 | 20,000.00 | | 20,000.00 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 0.64 | | 20,000.64 |
| 02/11/08 | 000301 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 18.82 | 19,981.82 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 4.75 | | 19,986.57 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.72 | | 19,991.29 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.10 | | 19,995.39 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.54 | | 19,997.93 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.46 | | 20,000.39 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.54 | | 20,002.93 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.54 | | 20,005.47 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.46 | | 20,007.93 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.94 | | 20,009.87 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.63 | | 20,011.50 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.02 | | 20,012.52 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,012.68 |
| 02/17/09 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 15.58 | 19,997.10 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 19,997.25 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 19,997.43 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 19,997.87 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,998.38 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,998.88 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,999.39 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,999.90 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 20,000.39 |

Page Subtotals        20,034.79        34.40

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-07096 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | SCHUSTER, JAMES D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4545 BofA - Money Market Account |
| Taxpayer ID No: | *******0703 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,000.89 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,001.39 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,001.90 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,002.41 |
| 02/09/10 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 14.85 | 19,987.56 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 19,988.02 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,988.53 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,989.02 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,989.52 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,990.02 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,990.52 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 19,991.04 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,991.53 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,992.04 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,992.54 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,993.05 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,993.56 |
| 02/07/11 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 16.96 | 19,976.60 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,976.75 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,976.92 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,977.08 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 19,977.26 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,977.42 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,977.59 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,977.76 |

Page Subtotals 9.18 31.81

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-07096 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | SCHUSTER, JAMES D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4545 BofA - Money Market Account |
| Taxpayer ID No: | *******0703 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,977.92 |
| 10/06/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 19,977.95 |
| 10/06/11 | | Transfer to Acct #*******4140 | Final Posting Transfer | 9999-000 | | 19,977.95 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,044.16 | 20,044.16 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 19,977.95 | |
| Subtotal | 20,044.16 | 66.21 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,044.16 | 66.21 | |

Page Subtotals 0.19 19,977.95

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.04e

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 07-07096 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | SCHUSTER, JAMES D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4140  BofA - Checking Account |
| Taxpayer ID No: | *******0703 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/06/11 | | Transfer from Acct #*******4545 | Transfer In From MMA Account | 9999-000 | 19,977.95 | | 19,977.95 |
| 10/06/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,754.38 | 17,223.57 |
| 10/06/11 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 1,397.67 | 15,825.90 |
| 10/06/11 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Expenses per court order<br><br>Fees           2.00<br>Expenses    26.85 | <br><br>3110-000<br>3120-000 | | 28.85 | 15,797.05 |
| 10/06/11 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 698.83 | 15,098.22 |
| 10/06/11 | 003005 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Claim 000003, Payment 35.92214% | 4120-000 | | 15,098.22 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 19,977.95 | 19,977.95 | 0.00 |
| Less:  Bank Transfers/CD's | 19,977.95 | 0.00 | |
| Subtotal | 0.00 | 19,977.95 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,977.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******4545 | 20,044.16 | 66.21 | 0.00 |
| BofA - Checking Account - *******4140 | 0.00 | 19,977.95 | 0.00 |
| | 20,044.16 | 20,044.16 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          19,977.95          19,977.95

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-07096 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | SCHUSTER, JAMES D. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4140 BofA - Checking Account |
| Taxpayer ID No: | *******0703 | | |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - ********4545 | | Transfers) | | To Debtors) | On Hand |
| | | | BofA - Checking Account - ********4140 | | | | | |

Page Subtotals  0.00  0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

LFORM24

Ver: 16.04e